Case:20-01048-JGR   Doc#:1-2   Filed:02/18/20   Entered:02/18/20 16:08:39   Page1 of 1



EXHIBIT B