UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| STEPHEN ANTHONY NEARY | ) |
| | )   Bankruptcy No. 20-10212-JGR |
| _____ | ) |
| | ) |
| JOSH MORGAN | )   Adversary No. 20-1048-JGR |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STEPHEN ANTHONY NEARY | ) |
| | ) |
|   Defendant. | ) |

**ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT
BETWEEN PLAINTIFF JOSH MORGAN AND DEFENDANT STEPHEN A. NEARY**

THIS MATTER having come before the Court on the Debtors' Motion to Approve Settlement Agreement Between Josh Morgan and Stephen A. Neary ("Motion"), cause being shown to the Court for the granting of the requested relief, it is hereby

ORDERED

1. That the Motion is GRANTED; and
2. That the Settlement Agreement attached to the Motion as Exhibit 1 is hereby approved.

DATED this _____ day of July, 2020

                                              BY THE COURT:

                                              _____
                                              Honorable Joseph R. Rosania
                                              United States Bankruptcy Judge